**FILED**
JUN 3 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 21-CR-3604-TWR |
| Plaintiff, | **ORDER AND JUDGMENT OF DISMISSAL OF THE INDICTMENT WITH PREJUDICE** |
| v. | |
| DONNA VALENZUELA (1), OLIVIA NEWTON (2) | |
| Defendants. | |

Upon the motion of the United States of America, pursuant to Federal Rule of Criminal Procedure 48(a), the Indictment in this case is hereby dismissed with prejudice as to both defendants.

**SO ORDERED AND ADJUDGED.**

DATED: 6/3/22

_____
HON. TODD W. ROBINSON
UNITED STATES DISTRICT JUDGE